**Fill in this information to identify your case:**

Debtor 1: Aisha K Cole

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of _____

Case number (If known): 26-51907

☐ Check if this is an amended filing

*FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA — 2026 FEB 26 PM 3:29 — VANIA S. ALLEN, CLERK — BY: [signature] DEPUTY CLERK*

## Official Form 104

### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1.** U.S. small business administration
- Creditor's Name
- Number/Street: 4925 Kingsport Rd
- City/State/ZIP: Fort Worth TX 76155
- Contact: _____
- Contact phone: _____
- What is the nature of the claim? Fed. Loan
- $ 1.2 million
- As of the date you file, the claim is: Check all that apply.
  - ☐ Contingent
  - ☐ Unliquidated
  - ☐ Disputed
  - ☑ None of the above apply
- Does the creditor have a lien on your property?
  - ☑ No
  - ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: $_____
  - Unsecured claim: $_____

**2.** Georgia Dept of Revenue
- Creditor's Name
- Number/Street: P.O. Box 15499
- City/State/ZIP: Atlanta GA 30318
- Contact: _____
- Contact phone: _____
- What is the nature of the claim? Taxes
- $ 50,000
- As of the date you file, the claim is: Check all that apply.
  - ☐ Contingent
  - ☐ Unliquidated
  - ☐ Disputed
  - ☑ None of the above apply
- Does the creditor have a lien on your property?
  - ☐ No
  - ☑ Yes. Total claim (secured and unsecured): $_____
  - Value of security: $ 50,000
  - Unsecured claim: $_____

Debtor 1 __Aisha K Cole__
         First Name  Middle Name  Last Name

Case number (if known) __26-51907__

Unsecured claim

**3** Creditor's Name: __Georgia Dept of Revenue__
Number Street: __2595 Century Parkway__
City: __Atlanta__  State: __GA__  ZIP Code: __30315__

What is the nature of the claim? __Taxes__    $ __136,220__

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  – $_____
        Unsecured claim      $_____

**4** Creditor's Name: _____
Number Street: _____
City: ____ State: ____ ZIP Code: ____

What is the nature of the claim? _____    $ _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  – $_____
        Unsecured claim      $_____

**5** Creditor's Name: _____
Number Street: _____
City: ____ State: ____ ZIP Code: ____

What is the nature of the claim? _____    $ _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  – $_____
        Unsecured claim      $_____

**6** Creditor's Name: _____
Number Street: _____
City: ____ State: ____ ZIP Code: ____

What is the nature of the claim? _____    $ _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  – $_____
        Unsecured claim      $_____

**7** Creditor's Name: _____
Number Street: _____
City: ____ State: ____ ZIP Code: ____

What is the nature of the claim? _____    $ _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  – $_____
        Unsecured claim      $_____

Debtor 1 _____    Case number (if known) _____
First Name   Middle Name   Last Name

Unsecured claim

**8** Creditor's Name _____

Number   Street _____

_____

City   State   ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   – $_____
   Unsecured claim   $_____

**9** Creditor's Name _____

Number   Street _____

_____

City   State   ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   – $_____
   Unsecured claim   $_____

**10** Creditor's Name _____

Number   Street _____

_____

City   State   ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   – $_____
   Unsecured claim   $_____

**11** Creditor's Name _____

Number   Street _____

_____

City   State   ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   – $_____
   Unsecured claim   $_____

**12** Creditor's Name _____

Number   Street _____

_____

City   State   ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   – $_____
   Unsecured claim   $_____

Debtor 1 _____    Case number (if known) _____
        First Name   Middle Name   Last Name

Unsecured claim

**13**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  – $_____
        Unsecured claim     $_____

**14**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  – $_____
        Unsecured claim     $_____

**15**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  – $_____
        Unsecured claim     $_____

**16**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  – $_____
        Unsecured claim     $_____

**17**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:  – $_____
        Unsecured claim     $_____

Debtor 1 _____    Case number *(if known)*_____
First Name   Middle Name   Last Name

Unsecured claim

**18**

Creditor's Name _____

Number    Street _____

_____

City         State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:                       – $_____
    Unsecured claim                            $_____

**19**

Creditor's Name _____

Number    Street _____

_____

City         State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:                       – $_____
    Unsecured claim                            $_____

**20**

Creditor's Name _____

Number    Street _____

_____

City         State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:                       – $_____
    Unsecured claim                            $_____

## Part 2:  Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _[signature]_____    X _____
Signature of Debtor 1                        Signature of Debtor 2

Date  2 / 12 / 2026                          Date _____
     MM / DD / YYYY                               MM / DD / YYYY