UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AISHA K. COLE, | ) | CASE NUMBER: 26-51907-BEM |
| | ) | |
| Debtor. | ) | |
| | ) | |

## APPLICATION TO EMPLOY SCHREEDER, WHEELER & FLINT, LLP AS COUNSEL FOR THE DEBTOR

COMES NOW AISHA K. COLE, the debtor and debtor in possession in the above-captioned case (the "Debtor"), and in accordance with the provisions of 11 U.S.C. § 327, moves this court for an order permitting her to employ the law firm of Schreeder, Wheeler & Flint, LLP as counsel for the Debtor and in support thereof show this Court as follows:

1.

Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code on February 12, 2026 (the "Petition Date").

2.

Debtor wishes to employ Schreeder, Wheeler & Flint, LLP as counsel to represent her in this bankruptcy proceeding at its standard hourly rates, as such may

change from time to time. The current hourly rates for the legal professionals that are likely to work on this matter are as follows:

John A. Christy     $ 595.00

Jamie A. Christy    $ 365.00

3.

Schreeder, Wheeler & Flint, LLP has offices located at 1100 Peachtree Street, N.E., Suite 800, Atlanta, Georgia 30309-4516. The attorneys of Schreeder, Wheeler & Flint, LLP are experienced, qualified and competent to represent the Debtor in this proceeding. The attorneys of Schreeder, Wheeler & Flint, LLP are qualified to practice in the United States Bankruptcy Courts in Georgia and have the experience necessary to represent the Debtor in this case.

4.

In order for Debtor to maintain her property in the pending case in this Court, it will be necessary for Debtor to retain attorneys to provide various professional services. Among the services to be rendered are:

(a)    Preparation of pleadings, schedules and statements of financial affairs, adversary proceedings and applications incidental to administering the Estate;

(b)    Development of the relationship and status of debtor-in-possession and handling of claims of creditors in these proceedings, all in the best interests of the Debtor, creditors and other interested parties;

(c) Advising the debtor-in-possession of her rights, duties and obligations as a debtor-in-possession;

(d) Performing legal services incidental and necessary to the Debtor including, but not limited to, institution and prosecution of necessary legal proceedings, debt restructuring, legal advice, and assistance necessary to the proper preservation and administration of this Estate;

(e) Taking any and all necessary actions incident to the proper preservation and administration of the Debtor; and

(g) Providing post-confirmation legal services in connection with implementation of the plan.

5.

Except as disclosed in connection with the motion, Schreeder, Wheeler & Flint, LLP is a disinterested party as contemplated by 11 U.S.C. § 101(14), and to the best of Debtor's knowledge, said attorneys represent no interest adverse to the Debtor as to matters upon which said attorneys are being engaged by the Debtor, and the firm's appointment will be in the best interest of the estate. Other than as disclosed in the Statement of Disinterestedness filed herewith, Schreeder, Wheeler & Flint, LLP has no connection with the Debtor, creditor or any other party in interest, the respective attorneys and accountants, judge of this Court, the United States Trustee or any person

3

employed by the United States Trustee except that Debtor wishes to retain Schreeder, Wheeler & Flint, LLP to represent the Debtor as counsel in this case.

WHEREFORE, Debtor requests this Court to enter an Order in accordance with the provisions of 11 U.S.C. § 327 permitting her to employ Schreeder, Wheeler & Flint, LLP as counsel for the Debtor *nunc pro tunc* to the Petition Date, and for such further relief as is just and proper.

This 11th day of March, 2026.

/s/ Jamie A. Christy
JOHN A. CHRISTY
Georgia Bar 125518
jchristy@swfllp.com
JAMIE A. CHRISTY
Georgia Bar No. 683096
jac@swfllp.com

Proposed Attorneys for Debtor

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AISHA K. COLE, | ) | CASE NUMBER: 26-51907-BEM |
| | ) | |
| Debtor. | ) | |
| | ) | |

<u>STATEMENT OF DISINTERESTEDNESS PURSUANT TO 11 U.S.C. § 327
AND BANKRUPTCY RULES 2014 AND 5002</u>

John A. Christy declares as follows:

6.

My name is John A. Christy and I am a partner of Schreeder, Wheeler & Flint, LLP ("SWF") and this declaration is being made upon my personal knowledge.

7.

SWF is a "disinterested person", as defined by 11 U.S.C. § 101(14), with respect to the above-mentioned Debtor.

8.

SWF represents no interest adverse to the Debtor as to matters upon which it has been engaged by the Debtor.  The appointment of SWF as Debtor's counsel is in the best interest of the Estate.

9.

Except as disclosed herein, the members of SWF have no connection with the Debtor, any creditor, the respective attorneys and accountants, the United States Trustee or any persons employed by the United States Trustee, any judge of this Court or any person employed by a judge of this Court, or any other party in interest.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2026.

/s/ John A. Christy
John A. Christy
Georgia Bar No. 125518

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the within and foregoing document on the United States Trustee in accordance with Fed. R. Bankr. P. 2014 via e-mail and by placing the same in the United States Mail, addressed to

Office of the United States Trustee
75 Ted Turner Drive, SW, Room 362
Atlanta, Georgia 30303

This 11th day of March, 2026.

    /s/  Jamie A. Christy
JOHN A. CHRISTY
Georgia Bar 125518
jchristy@swfllp.com
JAMIE A. CHRISTY
Georgia Bar No. 683096
jac@swfllp.com

Proposed Attorneys for Debtor

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046

3