UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AISHA K. COLE, | ) | CASE NUMBER: 26-51907-BEM |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), John A. Christy of Schreeder, Wheeler & Flint, LLP, 1100 Peachtree Street, Suite 800, Atlanta, Georgia 30309 hereby enters her appearance as co-counsel for Aisha K. Cole, and requests that all further pleadings, notices, and other papers be served on her at the address shown below:

John A. Christy
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, Suite 800
Atlanta, Georgia 30309
Telephone: 404-681-3450
Email: jchristy@swfllp.com

This 17th day of March, 2026.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar No.125518
*Proposed Co-counsel for Aisha K. Cole*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309

Page -1-

Telephone:  (404) 681-3450
Email:         jchristy@swfllp.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which automatically sends an electronic copy to all counsel of record.

This 17th day of March, 2026.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar No.125518
*Proposed Co-counsel for Aisha K. Cole*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone:  (404) 681-3450
Email:        jchristy@swfllp.com