

**IT IS ORDERED as set forth below:**


**Date: March 23, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **AISHA KAMARIA COLE,** | **Case No. 26-51907-bem** |
| **Debtor.** | |
| | |
| **AISHA KAMARIA COLE,** | |
| **Movant,** | |
| **v.** | **CONTESTED MATTER** |
| **DGG RE INVESTMENTS, LLC d/b/a GUARDIAN ASSET MANAGEMENT,** | |
| **Respondent.** | |

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO SHORTEN TIME**
**FOR HEARING ON DEBTOR'S EMERGENCY MOTION FOR VIOLATION OF THE**
**AUTOMATIC STAY AND ORDER AND**
**NOTICE SCHEDULING EXPEDITED HEARING**

1

Upon consideration of Debtor's *Expedited Motion to Shorten Time for Hearing On Debtor's Emergency Motion for Violation of the Automatic Stay* [Doc. No. 24] (the **"Motion for Hearing"**) on Debtor's *Emergency Motion for Violation of the Automatic Stay* [Doc. No. 23] (the **"Stay Motion"**); and it appearing that good cause exists to grant the requested relief,

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN:**

1. The Motion for Hearing is **GRANTED**.

2. **PLEASE TAKE NOTICE** that the Court will hold an emergency hearing on the Stay Motion at 11 A.M. on March 26, 2026, at COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA 30303. The hearing must be attended in person unless the Court orders otherwise.

3. Counsel for Debtor shall serve this Order and Notice on the day of entry via overnight statutory delivery upon and via telephone call to Guardian Asset Management and via email or telephone call to all parties who have filed a Notice of Appearance in the Bankruptcy Case, and the United States Trustee. Debtor's counsel shall file a certificate of service before the hearing.

**###END OF ORDER###**

**PREPARED AND PRESENTED BY:**

/s/ Jamie A. Christy
JAMIE A. CHRISTY
Georgia Bar No. 683096
*Proposed Attorney for Debtor*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone:    (404) 681-3450
Facsimile:    (404) 681-1046

2

Email:        jac@swfllp.com

**Distribution List:**

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303