UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                          )       CHAPTER 11
                                )
AISHA K. COLE,                  )       CASE NUMBER: 26-51907-BEM
                                )
      Debtor.                   )
                                )

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served *Debtor's Emergency Motion for Violation of the Automatic Stay, Debtor's Expedited Motion to Shorten Time for Hearing on Debtor's Emergency Motion for Violation of Automatic Stay,* and *Order* granting Debtor's Expedited Motion via e-mail to:


David S. Weidenbaum  david.s.weidenbaum@usdoj.gov

Eric Smith esmith@aldridgepite.com

Paul Morochnik  paul@morochnik.com

John Christy jchristy@swfllp.com


Pursuant to the Court's Order, I also served DGG Re Investments, LLC d/b/a Guardian Asset Management on its registered agent by Federal Express at

Corporation Service Company
2 Sun Court
Suite 400
Peachtree Corners, Georgia 30092

And also called DGG Re Investments, LLC, as instructed by the Court's Order.

Dated: March 23, 2026

/s/ Jamie A. Christy
JAMIE A. CHRISTY
Georgia Bar No. 683096
*Proposed Attorney for Debtor Aisha Kamaria Cole*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone:   (404) 681-3450
Facsimile:   (404) 681-1046
Email:       jac@swfllp.com
             jchristy@swfllp.com

2