

**IT IS ORDERED as set forth below:**

**Date: March 26, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AISHA K. COLE, | ) | CASE NUMBER: 26-51907-BEM |
| | ) | |
| Debtor. | ) | |
| | ) | |

ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY
SCHREEDER, WHEELER & FLINT, LLP AS COUNSEL FOR THE DEBTOR

Debtor Aisha K. Cole ("Debtor") filed on March 11, 2026, an "Application to

Employ Schreeder, Wheeler & Flint, LLP as Counsel for the Debtor" [Doc. 21] (the

"Application"). No hearing on said Application is necessary, absent the filing of an

objection to it. Pursuant to a certificate of service filed with or attached to the

Application, the Application has been served on the United States Trustee as

required by Federal Rule of Bankruptcy Procedure 2014.  No further service of the Application is necessary.

The Application and accompanying declaration of John A. Christy demonstrate preliminarily that the attorneys of Schreeder, Wheeler & Flint, LLP are qualified to practice in this Court, that they are disinterested and represent no interest adverse to Debtor or its estate in the matters upon which they are to be engaged. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is GRANTED and the Debtor is authorized to employ Schreeder, Wheeler & Flint, LLP as counsel during the Debtor's Chapter 11 case, subject to objection as provided for herein; and it is further

ORDERED, that compensation may be paid and expenses reimbursed to Schreeder, Wheeler & Flint, LLP only pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise; and it is further

ORDERED that any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Application and/or the relief provided in this Order; and it is further

2

ORDERED that if an objection is timely filed, counsel for the Debtor will set the Application and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that if no objection to this Order is timely filed, this Order shall be a final Order approving the Application; and it is further

ORDERED that proposed counsel for the Debtor shall, within three (3) days of the entry of this Order, cause a copy of this Order to be served by first class mail, postage prepaid, on all parties served with the Application, and shall filed promptly thereafter a certificate of service confirming such service.

END OF DOCUMENT

Prepared and presented by:

 /s/  Jamie A. Christy
John A. Christy
Georgia Bar 125518
jchristy@swfllp.com
Jamie A. Christy
Georgia Bar No. 125518
jac@swfllp.com

Proposed Attorneys for Debtor

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046

<u>DISTRIBUTION LIST</u>

John A. Christy
Jamie A. Christy
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516

David Weidenbaum
Office of the United States Trustee
75 Ted Turner Drive, SW, Room 362
Atlanta, Georgia 30303