UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AISHA K. COLE, | ) | CASE NUMBER: 26-51907-BEM |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that, pursuant to the Court's Order, I have served a copy of

the *Order Granting Debtor's Application to Employ Schreeder, Wheeler & Flint,*

*LLP as Counsel for the Debtor* on the United States Trustee by placing the same in

the United States Mail, addressed to:

Dave Weidenbaum
Office of the United States Trustee
75 Ted Turner Drive, SW, Room 362
Atlanta, Georgia 30303

This 26th day of March, 2026.

 /s/  Jamie A. Christy
JOHN A. CHRISTY
Georgia Bar 125518
jchristy@swfllp.com
JAMIE A. CHRISTY
Georgia Bar No. 683096
jac@swfllp.com

Attorneys for Debtor

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046