UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AISHA K. COLE, | ) | CASE NUMBER: 26-51907-bem |
| | ) | |
| Debtor. | ) | |

## DEBTOR'S MOTION TO SET BAR DATE

COMES NOW Aisha K. Cole (the "Debtor"), and moves this Court pursuant to the provisions of Fed. R. Bankr. P. 3003 for an order setting a bar date by which creditors and interest holders must file proofs of claim or interests. The Debtor shows this Court that such an order is necessary in order to enable her to prepare her plan of reorganization.

WHEREFORE, Debtor moves for an order setting a bar date of April 30, 2026, or such other date as the Court deems appropriate. A proposed order is being uploaded concurrently with this motion.

This 26th day of March, 2026.

/s/ Jamie A. Christy
JAMIE A. CHRISTY
Georgia Bar No. 683096
jac@swfllp.com
*Attorneys for Debtor*

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309-4516
Telephone: (404) 681-3450

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing document on all parties requesting notice via the Court's CM/ECF system or by placing a copy of the same in the United States Mail, with sufficient postage thereon to ensure delivery on the following parties:

David Weidenbaum, Esq.
Office of the U.S. Trustee
Suite 362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Eric Smith esmith@aldridgepite.com

Paul Morochnik  paul@morochnik.com

John Christy jchristy@swfllp.com

This 26th day of March, 2026.

/s/ Jamie A. Christy
JAMIE A. CHRISTY
Georgia Bar No. 683096
jac@swfllp.com

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516          Attorney for Debtor
Telephone: (404) 681-3450

3