**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| Aisha K. Cole, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 26-51907-bem |
| | ) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that **Debtor Aisha K. Cole** has filed her *Motion to File Documents Under Seal* and related papers with the Court seeking an order permitting her to file Form 426 under seal.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Motion to File Documents under Seal* at 11:00 A.M. on April 14, 2026, in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340,

75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to

the undersigned at the address stated below.

This 9th day of April, 2026.

/s/ Jamie A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518
JAMIE A. CHRISTY
Georgia Bar No. 683096
*Attorneys for Debtor Aisha Kamaria Cole*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone:    (404) 681-3450
Facsimile:    (404) 681-1046
Email:        jac@swfllp.com
              jchristy@swfllp.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Aisha K. Cole, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 26-51907-bem |
| | ) | |

**DEBTOR'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Debtor Aisha K. Cole ("Debtor"), by and through her undersigned counsel, and pursuant to 11 U.S.C. § 107(c), Bankruptcy Rule 9018, and BLR 5005-6(b)(5), moves the Court to permit her to file Official Form 426, also known as "Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest" under seal.[1]   In support of this Motion, Debtor shows the Court as follows:

1.

Debtor commenced this case on February 12, 2026, and has been operating as the debtor-in-possession since that date.

2.

11 U.S.C. § 107(b) provides that the bankruptcy court "shall" protect "an entity with respect to a trade secret or confidential research, development, or commercial information" and "a person with respect to scandalous or defamatory matter." Federal Rule of Bankruptcy Procedure 9018 "implements the protection provided by § 107(b)." *In re Food Mgmt. Grp., LLC,* 369 B.R. 543, 553 (S.D.N.Y. 2007).

---

[1] Debtor's counsel will submit the Form 426 in paper form to the Bankruptcy Clerk as required by BLR 5005-6(b)(5).

3.

Section 107(b)(1) uses the mandatory term "'shall' to direct the bankruptcy court's protection of the categories of information that follow, meaning the bankruptcy court lacks discretion to decline to protect covered information." *In re ESML Holdings, Inc.,* 135 F.4th 80, 96 (3d Cir. 2025). Given Debtor's case, the entities' information contained in Exhibit A to Form 426 would be considered scandalous.

4.

Section 107(b)(2) does not define what is scandalous, and Congress did not define "scandalous" in the statute or even in the legislative history. *In re Food Mgmt. Grp., LLC,* 369 B.R. at 555.

5.

The Bankruptcy Court in District of Vermont defined scandalous material as "material that would cause a reasonable person to alter their opinion of a party based on the statements therein, taking those statements in the context in which they appear." *In re FiberMark, Inc.,* 330 B.R. 480, 507 (D. Vt. 2005) (quoting *In re Phar-Mor,* 191 B.R. 675, 679 (N.D. Ohio 1995)). Importantly, for the purposes of § 107(b)(2), "protection against 'scandalous matter' does not depend on whether the statement is true." *In re FiberMark, Inc.,* 330 B.R. at 507.

6.

The Supreme Court in *Nixon v. Warner Commc'ns, Inc.,* 435 U.S. 589, 598 (1978), provided examples of situations that justified exceptions to the right of public access to court files, which included "to permit their files to serve as reservoirs of libelous statements for press consumption. . .or as sources of business information that might harm a litigant's competitive

2

standing." These examples "fit easily within the standards for protection against scandalous matter." *In re Food Mgmt. Grp., LLC,* 359 B.R. at 569.

7.

Debtor is a celebrity, best known for creating Slutty Vegan, a fast-casual restaurant that serves vegan "hamburgers." Since the filing of her petition, there have been numerous articles scrutinizing various filings. As well, various creators and aspiring influencers have created content focused on providing their legal opinions on the case, despite not being licensed to practice law. Most recently, TMZ provided fodder for a plethora of stories in the local and national media.[2]

8.

In sum, Debtor's case has become fodder for tabloids, aspiring influencers, and the general public.

9.

The Debtor owns interests in a number of privately held non-debtor companies. The United States Trustee has requested the Debtor to file Bankruptcy Form 426 for each of these entities. Exhibit A to Form 426 requires Debtor to provide, *inter alia*, the "most recently available balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered."

10.

---

[2] As an example, TMZ reported, incorrectly, that the home seized by DGG Re Investments, LLC was Debtor's actual home. TMZ subsequently amended its article with a one-off sentence in the body of the article stating the property was an investment property, but the damage was done. The first article created a cascade of articles claiming Debtor's home was seized, and numerous Instagram reels opining on her bankruptcy.

Debtor seeks an order allowing Form 426 to be sealed, and cause exists for granting this request.

11.

If Form 426 is not sealed, Debtor's case will provide more fodder to "serve as reservoirs" for scandalous statements by not only press, but also for others to create content that is either misleading or untrue. *Nixon,* 435 U.S. at 598.

12.

Sealing Form 426 will provide Debtor a "fresh start" and the opportunity to reorganize without providing further "reservoirs" to tabloids and others for their own gain and harming the bankruptcy process. *In re Diaz,* 647 F.3d 1073, 1087 (11th Cir. 2011) (citation omitted).

13.

Based on the foregoing, Form 426 should be sealed and be available to the Court and the relevant parties' counsel.

WHEREFORE, the Debtor respectfully requests that this Court:

(a) Grant the foregoing Motion;

(b) Enter an Order permitting Form 426 to be filed under seal; and

(c) Grant any further necessary or appropriate relief.

Respectfully submitted this 9th day of April, 2026.

/s/ Jamie A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518
JAMIE A. CHRISTY
Georgia Bar No. 683096
*Attorneys for Debtor Aisha Kamaria Cole*

4

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone:     (404) 681-3450
Facsimile:     (404) 681-1046
Email:          jac@swfllp.com
                jchristy@swfllp.com

5

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **NOTICE OF HEARING AND DEBTOR'S MOTION TO FILE DOCUMENTS UNDER SEAL** by filing it with the Court's CM/ECF filing system, which will automatically send a copy to all parties of record.

This the 9th day of April, 2026.

/s/ Jamie A. Christy
JAMIE A. CHRISTY
Georgia Bar No. 683096
*Attorney for Debtor Aisha Kamaria Cole*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone:    (404) 681-3450
Facsimile:    (404) 681-1046
Email:        jac@swfllp.com

6