**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Aisha K. Cole, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 26-51907-bem |
| | ) | |

**<u>AMENDED NOTICE OF HEARING</u>**

**PLEASE TAKE NOTICE** that **Debtor Aisha K. Cole** has filed her *Motion to File Documents Under Seal* and related papers with the Court seeking an order permitting her to file Form 426 under seal.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Motion to File Documents under Seal* at 11:00 A.M. on May 5, 2026, in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340,

75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 13th day of April, 2026.

/s/ Jamie A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518
JAMIE A. CHRISTY
Georgia Bar No. 683096
*Attorneys for Debtor Aisha Kamaria Cole*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone:   (404) 681-3450
Facsimile:   (404) 681-1046
Email:        jac@swfllp.com
              jchristy@swfllp.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing **AMENDED NOTICE OF HEARING** by filing it with the Court's CM/ECF filing system, which will automatically send a copy to all parties of record.

This the 13th day of April, 2026.

/s/ Jamie A. Christy
JAMIE A. CHRISTY
Georgia Bar No. 683096
*Attorney for Debtor Aisha Kamaria Cole*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone:     (404) 681-3450
Facsimile:     (404) 681-1046
Email:          jac@swfllp.com