UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| AISHA KAMARIA COLE, | * | CASE NO.  26-51907-bem |
| | * | |
| DEBTOR. | * | |

### NOTICE OF RESCHEDULED MEETING OF CREDITORS

PLEASE TAKE NOTICE that the Meeting of Creditors is rescheduled to **April 17, 2026**, at **10:00 a.m**. Debtor appeared at the section 341 meeting scheduled for March 12, 2026, but the meeting was continued for production of additional documents and information. Notice is hereby given that the meeting of creditors is rescheduled to **April 17, 2026 at 10:00 a.m.**  Pursuant to Bankruptcy Code section 343, the debtor must appear and submit to examination under oath at the meeting of creditors.

The meeting will be conducted via Microsoft Teams.

**To attend, go to:**

**https://gov.teams.microsoft.us/l/meetup-join/19%3agcch%3ameeting_62498434260b4dceb31f33508bec09a0%40thread.v2/0?context=%7b%22Tid%22%3a%2215ef12a1-af58-44c4-b029-712fc0605570%22%2c%22Oid%22%3a%225a839d9a-3c02-414d-bf5d-630db2d6bcee%22%7d**

**When prompted, enter Meeting ID code: 992 506 750 369 and Passcode 8Eq2kv29** OR **dial in by phone at 1-202-235-7900 and enter Phone conference ID: 478 667 961#.**  The United States Trustee will serve notice upon Debtor's counsel and will preside at the meeting.

Notice given by:                              GUY A. VAN BAALEN
                                                        ACTING UNITED STATES TRUSTEE
                                                        REGION 21

_____/s/_____
David S. Weidenbaum
Georgia Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4705
David.S.Weidenbaum@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on April 14, 2026, I have electronically filed the foregoing *Notice of Rescheduled Meeting of Creditors* and caused a copy of this to be served by electronic mail to ensure delivery to:

Jamie Christy - jac@swfllp.com

_____/s/_____
David S. Weidenbaum
Georgia Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4705
David.S.Weidenbaum@usdoj.gov
