CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

August 21, 2026 through September 21, 2026
Account Number: [redacted]8952

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00502592 DRE 021 219 26526 NNNNNNNNNNN 1 000000000 14 0000 AT 00

AISHA K COLE
DEBTOR IN POSSESSION CASE 26-51907
209 MONTROSE DR
MCDONOUGH GA 30253-4240

## CHECKING SUMMARY

Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,620.90** |
| Deposits and Additions | 9,578.34 |
| ATM & Debit Card Withdrawals | -8,195.50 |
| Electronic Withdrawals | -2,415.00 |
| **Ending Balance** | **$588.74** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,620.90** |

[redacted]

CHASE

August 21, 2026 through September 21, 2026
Account Number: [redacted]8952

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| [redacted] | | | |
| 09/01 | Zelle Payment To Seonni Hennigan Jpm99Cv3Yc7N | -60.00 | 517.82 |
| 09/02 | Card Purchase 08/30 Aurora Spring Massage Stockbridge GA Card 8839 | -93.00 | 424.82 |

CHASE

August 21, 2026 through September 21, 2026
Account Number: [redacted]8952

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 09/02 | Card Purchase 08/31 Chick-Fil-A #01082 Stockbridge GA Card 8839 | -20.12 | 404.70 |
| 09/02 | Card Purchase 09/01 Racetrac 2479 Mcdonough GA Card 8839 | -32.62 | 372.08 |
| 09/02 | Card Purchase 09/01 Tst*Caribbean Cravings Stockbridge GA Card 8839 | -19.22 | 352.86 |
| 09/02 | Card Purchase 09/01 Lyft *Priority 09-01 Lyft.Com CA Card 8839 | -21.46 | 331.40 |
| 09/03 | Skool Skool St-J0R4O8N6U8X9 CCD ID: 1800948598 | **558.17** | 889.57 |
| 09/04 | Payment Sent 09/03 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -70.00 | 819.57 |
| 09/04 | Card Purchase 09/03 Tiktok Shop Tiktok.Com CA Card 8839 | -33.18 | 786.39 |
| 09/04 | Card Purchase 09/04 Ic* Instacart Instacart.Com CA Card 8839 | -160.26 | 626.13 |
| 09/04 | Card Purchase 09/04 Ic* Instacart Instacart.Com CA Card 8839 | -34.19 | 591.94 |
| 09/04 | Recurring Card Purchase 09/04 Netflix.Com Netflix.Com CA Card 8839 | -26.99 | 564.95 |
| 09/04 | Zelle Payment To Seonni Hennigan Jpm99Cveeco2 | -250.00 | 314.95 |
| 09/08 | Zelle Payment From The Pinky Cole Group LLC Baccu0Xa70Py | **1,800.00** | 2,114.95 |
| 09/08 | Card Purchase 09/03 Dentistry For Children Stockbridge GA Card 8839 | -177.60 | 1,937.35 |
| 09/08 | Card Purchase 09/05 Mellow Mushroom Upngo# Stockbridge GA Card 8839 | -69.59 | 1,867.76 |
| 09/08 | Card Purchase 09/06 Tabernacleofpraise Www.Topci.Org GA Card 8839 | -50.00 | 1,817.76 |
| 09/08 | Payment Sent 09/07 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -200.00 | 1,617.76 |
| 09/08 | Card Purchase 09/06 Racetrac 2479 Mcdonough GA Card 8839 | -6.74 | 1,611.02 |
| 09/08 | Card Purchase 09/07 Ic* Instacart*159 Instacart.Com CA Card 8839 | -105.07 | 1,505.95 |
| 09/08 | Recurring Card Purchase 09/08 Kmb Pool, LLC Mitchell@Kmbp GA Card 8839 | -329.00 | 1,176.95 |
| 09/09 | Payment Sent 09/08 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -150.00 | 1,026.95 |
| 09/09 | Card Purchase 09/09 Ic* Instacart Instacart.Com CA Card 8839 | -239.53 | 787.42 |
| 09/09 | Card Purchase With Pin 09/08 Racetrac 2479 Mcdonough GA Card 8839 | -10.47 | 776.95 |
| 09/09 | Card Purchase 09/09 Ic* Instacart*159 Instacart.Com CA Card 8839 | -66.80 | 710.15 |
| 09/09 | Card Purchase 09/09 Ic* Instacart*159 Instacart.Com CA Card 8839 | -15.85 | 694.30 |
| 09/09 | Card Purchase 09/09 Ic* Instacart*159 Instacart.Com CA Card 8839 | -36.24 | 658.06 |
| 09/09 | Card Purchase With Pin 09/09 House of Cb 3500 Peach Atlanta GA Card 8839 | -292.94 | 365.12 |
| 09/09 | Card Purchase With Pin 09/09 Saks Fifth Ave 629 344 Atlanta GA Card 8839 | -250.47 | 114.65 |
| 09/10 | Skool Skool St-V8X0X8U7T7H7 CCD ID: 1800948598 | **671.54** | 786.19 |
| 09/10 | Payment Sent 09/09 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -40.00 | 746.19 |
| 09/10 | Card Purchase 09/09 Saks Atlanta 629 Atlanta GA Card 8839 | -43.56 | 702.63 |
| 09/10 | Card Purchase 09/10 Ic* Costco By Instac Instacart.Com CA Card 8839 | -102.48 | 600.15 |
| 09/10 | Card Purchase With Pin 09/10 Uber * Eats Pending Wilmington De Card 8839 | -24.89 | 575.26 |
| 09/10 | Card Purchase With Pin 09/10 Uber * Eats Pending Wilmington De Card 8839 | -24.89 | 550.37 |
| 09/11 | Card Purchase With Pin 09/11 Uber Eats San Francisco CA Card 8839 | -26.93 | 523.44 |
| 09/14 | Payment Sent 09/12 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -285.00 | 238.44 |
| 09/14 | Card Purchase 09/11 Queriosity Mcdonough GA Card 8839 | -109.60 | 128.84 |
| 09/14 | Card Purchase 09/12 Tst*Caribbean Cravings Stockbridge GA Card 8839 | -9.45 | 119.39 |
| 09/14 | Card Purchase 09/13 Ic* Instacart Instacart.Com CA Card 8839 | -79.10 | 40.29 |

CHASE

August 21, 2026 through September 21, 2026
Account Number: [redacted]952

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 09/15 | Card Purchase With Pin 09/15 Uber * Eats Pending Wilmington De Card 8839 | -60.75 | -20.46 |
| 09/16 | Zelle Payment From Cole Hayes 28 Enterprises LLC Bacc45Za4M3H | **50.00** | 29.54 |
| 09/16 | Card Purchase 09/15 Panda Express 1443 Morrow GA Card 8839 | -10.42 | 19.12 |
| 09/17 | Zelle Payment From Slutty Vegan Franchise Inc Bacp3Eg8Ewvd | **2,000.00** | 2,019.12 |
| 09/17 | Skool Skool St-O4W5C5K5L4N7 CCD ID: 4270465600 | **519.04** | 2,538.16 |
| 09/17 | Card Purchase 09/15 Chick-Fil-A #05333 Mcdonough GA Card 8839 | -6.13 | 2,532.03 |
| 09/18 | Zelle Payment From Sv Franchise, LLC Bacj421Zloir | **879.00** | 3,411.03 |
| 09/18 | Card Purchase 09/18 Lyft *Blk Ride 09-17 Lyft.Com CA Card 8839 | -12.77 | 3,398.26 |
| 09/18 | Card Purchase 09/17 Racetrac 2479 Mcdonough GA Card 8839 | -30.54 | 3,367.72 |
| 09/18 | Card Purchase 09/17 Tst*Culturistic Kitchen Mcdonough GA Card 8839 | -102.91 | 3,264.81 |
| 09/18 | Zelle Payment To Rocco Lapaire Jpm99Cwwtirg | -450.00 | 2,814.81 |
| 09/18 | Card Purchase With Pin 09/18 The UPS Store #4224 Stockbridge GA Card 8839 | -226.02 | 2,588.79 |
| 09/18 | Zelle Payment To Deal N Wheels 2 LLC Jpm99Cwy6Sqi | -450.00 | 2,138.79 |
| 09/18 | Zelle Payment To Seonni Hennigan Jpm99Cx00Ufo | -130.00 | 2,008.79 |
| 09/18 | Card Purchase With Pin 09/18 Qt 814 Outside Morrow GA Card 8839 | -52.91 | 1,955.88 |
| 09/21 | Payment Sent 09/18 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -200.00 | 1,755.88 |
| 09/21 | Payment Sent 09/18 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -600.00 | 1,155.88 |
| 09/21 | Card Purchase 09/18 Jersey Mikes 5075 Stockbridge GA Card 8839 | -11.71 | 1,144.17 |
| 09/21 | Payment Sent 09/19 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -350.00 | 794.17 |
| 09/21 | Card Purchase 09/20 Lyft *Schd Air 09-18 Lyft.Com CA Card 8839 | -74.93 | 719.24 |
| 09/21 | Card Purchase 09/19 Publix #547 Stockbridge GA Card 8839 | -88.27 | 630.97 |
| 09/21 | Card Purchase 09/19 Kfc G135113 Stockbridge GA Card 8839 | -22.23 | 608.74 |
| 09/21 | Card Purchase 09/20 Tabernacleofpraise Www.Topci.Org GA Card 8839 | -20.00 | 588.74 |
| | **Ending Balance** | | **$588.74** |

**You were not charged a Monthly Service Fee** on your CHASE TOTAL CHECKING account since you had **ONE** of the following during the monthly statement period:

- **$500.00+** in qualifying electronic deposits; or
  (Your total qualifying electronic deposits this period were $4,890.31. Some deposits may be listed on your previous statement)
- **$1,500.00+** balance at the beginning of each day; or
- **$5,000.00+** average beginning day balance in this account, or in combination with any other linked qualifying personal deposits or investments; or
- **Account was linked** to a qualifying checking account

For more information about the qualifying accounts, deposits, investments or transactions to waive the Monthly Service Fee on this account (if applicable), or if you have any questions, please refer to the Additional Banking Services and Fees at **chase.com/disclosures** or call us at the number listed on this statement.

## OVERDRAFT FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees | $.00 | $68.00 |

CHASE

August 21, 2026 through September 21, 2026
Account Number: [redacted]952

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

This Page Intentionally Left Blank

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

September 22, 2026 through October 21, 2026

Account Number: [redacted]952

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00498385 DRE 021 219 29526 NNNNNNNNNNN 1 000000000 14 0000 AT 00

AISHA K COLE
DEBTOR IN POSSESSION CASE 26-51907
209 MONTROSE DR
MCDONOUGH GA 30253-4240

## CHECKING SUMMARY

Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$588.74** |
| Deposits and Additions | 7,695.56 |
| ATM & Debit Card Withdrawals | -5,731.35 |
| Electronic Withdrawals | -2,476.00 |
| **Ending Balance** | [redacted] |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$588.74** |
| 09/22 | Payment Sent 09/21 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -30.00 | 558.74 |
| 09/22 | Payment Sent 09/21 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -50.00 | 508.74 |
| 09/22 | Zelle Payment To Douglas Hayes Jpm99Cxcpcdb | -30.00 | 478.74 |
| 09/23 | Payment Sent 09/22 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -100.00 | 378.74 |
| 09/24 | Skool Skool St-P5H5F0W0G0V2 CCD ID: 1800948598 | **262.92** | 641.66 |
| 09/24 | Zelle Payment To Slutty Vegan Franchise Inc Jpm99Cxk329C | -86.00 | 555.66 |
| 09/24 | Zelle Payment To Slutty Vegan Franchise Inc Jpm99Cxk5C92 | -60.00 | 495.66 |
| 09/25 | Recurring Card Purchase 09/24 Trthfdr*Truthfinder CO 800-6998081 CA Card 8839 | -28.33 | 467.33 |
| 09/25 | Payment Sent 09/24 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -150.00 | 317.33 |
| 09/25 | Card Purchase With Pin 09/24 Uber * Eats Pending Wilmington De Card 8839 | -43.87 | 273.46 |
| 09/25 | Card Purchase With Pin 09/24 Uber * Eats Pending Wilmington De Card 8839 | -28.16 | 245.30 |
| 09/28 | Zelle Payment From Pinky Cole Enterprises, LLC Baclgnao6T7P | **4,255.00** | 4,500.30 |
| 09/28 | Card Purchase 09/28 Amazon Mktpl*514Sr5E Amzn.Com/Bill WA Card 8839 | -13.18 | 4,487.12 |
| 09/28 | Payment Sent 09/25 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -10.00 | 4,477.12 |
| 09/28 | Card Purchase 09/26 Lyft *Airport 09-25 Lyft.Com CA Card 8839 | -122.23 | 4,354.89 |
| 09/28 | Card Purchase 09/26 Tst* Slim & Husky's - A Atlanta GA Card 8839 | -32.67 | 4,322.22 |

CHASE

September 22, 2026 through October 21, 2026
Account Number: [redacted]952

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 09/28 | Card Purchase 09/25 Kfc G135113 Stockbridge GA Card 8839 | -42.97 | 4,279.25 |
| 09/28 | Card Purchase 09/26 Tst*Caribbean Cravings Stockbridge GA Card 8839 | -25.27 | 4,253.98 |
| 09/28 | Recurring Card Purchase 09/26 Amazon Prime*3A4IN3Q Amzn.Com/Bill WA Card 8839 | -16.19 | 4,237.79 |
| 09/28 | Card Purchase 09/26 Sq *Taqueria Y Mas Mx Stockbridge GA Card 8839 | -40.20 | 4,197.59 |
| 09/28 | Card Purchase 09/27 Texaco 0307455 Stockbridge GA Card 8839 | -8.70 | 4,188.89 |
| 09/28 | Card Purchase 09/27 Sq *Nanas Chicken N Waf Mcdonough GA Card 8839 | -103.24 | 4,085.65 |
| 09/28 | Card Purchase 09/27 Ic* Instacart*159 Instacart.Com CA Card 8839 | -50.11 | 4,035.54 |
| 09/28 | Card Purchase 09/27 26 Thai Kitchen And B 678-974-2093 GA Card 8839 | -39.87 | 3,995.67 |
| 09/28 | Card Purchase 09/28 Ic* Instacart*159 Instacart.Com CA Card 8839 | -74.44 | 3,921.23 |
| 09/28 | Card Purchase With Pin 09/27 Uber * Eats Pending Wilmington De Card 8839 | -11.45 | 3,909.78 |
| 09/28 | Card Purchase With Pin 09/27 Uber * Eats Pending Wilmington De Card 8839 | -22.69 | 3,887.09 |
| 09/28 | Zelle Payment To Estela Monterroso-Pereira Jpm99Cy0Ktxr | -600.00 | 3,287.09 |
| 09/28 | Zelle Payment To Mark Johnson Jpm99Cy0Lohf | -750.00 | 2,537.09 |
| 09/29 | Amazon.Com Servi Payments Tlr004113681082 CCD ID: 9000027358 | **10.12** | 2,547.21 |
| 09/29 | Payment Sent 09/28 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -150.00 | 2,397.21 |
| 09/29 | Payment Sent 09/28 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -250.00 | 2,147.21 |
| 09/29 | Payment Sent 09/28 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -300.00 | 1,847.21 |
| 09/29 | Card Purchase 09/27 Jersey Mikes 5060 Mcdonough GA Card 8839 | -6.45 | 1,840.76 |
| 09/29 | Payment Sent 09/28 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -400.00 | 1,440.76 |
| 09/29 | Payment Sent 09/28 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -250.00 | 1,190.76 |
| 09/29 | Payment Sent 09/28 Apple Cash Sent Mone 1Infiniteloop CA Card 8839 | -250.00 | 940.76 |
| 09/29 | Card Purchase 09/29 Tst* Hong Bbq& Hotpot - Mcdonough GA Card 8839 | -65.49 | 875.27 |

[redacted]

CHASE

September 22, 2026 through October 21, 2026
Account Number: [redacted]3952

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| [redacted] | | | |
| | Ending Balance | | [redacted] |

CHASE

September 22, 2026 through October 21, 2026
Account Number: [redacted]952

**You were not charged a Monthly Service Fee** on your CHASE TOTAL CHECKING account since you had **ONE** of the following during the monthly statement period:

- **$500.00+** in qualifying electronic deposits; or
  (Your total qualifying electronic deposits this period were $2,981.01. Some deposits may be listed on your previous statement)
- **$1,500.00+** balance at the beginning of each day; or
- **$5,000.00+** average beginning day balance in this account, or in combination with any other linked qualifying personal deposits or investments; or
- **Account was linked** to a qualifying checking account

For more information about the qualifying accounts, deposits, investments or transactions to waive the Monthly Service Fee on this account (if applicable), or if you have any questions, please refer to the Additional Banking Services and Fees at **chase.com/disclosures** or call us at the number listed on this statement.

## OVERDRAFT FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees | $.00 | $68.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**